Cyrus Safa
Nevada Bar No: 13241
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Gerald M. Welt
Attorney at Law: 1575
732 S. Sixth Street, Suite 200-D Las Vegas, NV 89101
Tel.: (702) 382-2030
Fax: (702) 684-5157
E-mail: gmwesq@weltlaw.com; kwp@weltlaw.com

Attorneys for Plaintiff Teniya G. Davis

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TENIYA G. DAVIS | Case No.: 2:18-cv-01968-APG-VCF |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Teniya G. Davis and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 30 days from January 16, 2019, to February 15, 2019, for Plaintiff to file a motion for summary judgment,

-1-

with all other dates in the Court's order concerning review of Social Security cases extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. Counsel has four merits briefs due this week and needs time to reorganize.

DATE: January 15, 2019	Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Cyrus Safa*

BY: _____
Cyrus Safa
Attorney for plaintiff Teniya G. Davis


DATE: January 15, 2019	DAYLE ELIESON
United States Attorney

/s/ *Ben A. Porter*

BY: _____
Ben A. Porter
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
Acting Commissioner of Social Security
|*authorized by e-mail|

# CERTIFICATE OF SERVICE
## FOR CASE NUMBER 2:18-CV-01968-APG-VCF

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on January 15, 2019.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Cyrus Safa*
_____

Cyrus Safa
Attorneys for Plaintiff

| | |
|---|---|
| 1 | Cyrus Safa |
| | Nevada Bar No: 13241 |
| 2 | Law Offices of Lawrence D. Rohlfing |
| | 12631 East Imperial Highway, Suite C-115 |
| 3 | Santa Fe Springs, CA 90670 |
| | Tel.: (562) 868-5886 |
| 4 | Fax: (562) 868-5491 |
| | E-mail: rohlfing.office@rohlfinglaw.com |
| 5 | |
| | Gerald M. Welt |
| 6 | Attorney at Law: 1575 |
| | 732 S. Sixth Street, Suite 200-D Las Vegas, NV 89101 |
| 7 | Tel.: (702) 382-2030 |
| | Fax: (702) 684-5157 |
| 8 | E-mail: gmwesq@weltlaw.com; kwp@weltlaw.com |
| | Attorneys for Plaintiff Teniya G. Davis |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| TENIYA G. DAVIS, | ) | Case No.: 2:18-cv-01968-APG-VCF |
| | ) | |
| Plaintiff, | ) | [~~PROPOSED~~] ORDER EXTENDING |
| v. | ) | BRIEFING SCHEDULE |
| | ) | |
| NANCY A. BERRYHILL, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include February 15, 2019, in which to file Plaintiff's motion for summary judgment; and that all other deadlines set forth in the December 17, 2018 Order shall be extended accordingly. IT IS SO ORDERED.

DATE 1-16-2019

_____
THE HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

*/s/Cyrus Safa*

BY: _____
    Cyrus Safa
    Attorney for plaintiff