NICHOLAS A. TRUTANICH, NSBN 13644
United States Attorney
District of Nevada
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
GINA TOMASELLI
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5602
    Facsimile: (415) 744-0134
    E-Mail: Gina.Tomaselli@ssa.gov

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TENIYA G. DAVIS,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 2:18-cv-01968-APG-VCF<br><br>**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME** |

    IT IS HEREBY STIPULATED, by and between Teniya G. Davis (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have an extension of time of thirty (30) days to deliver her Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment. The current due date is March 8, 2019. The new due date will be April 8, 2019. The parties further stipulate that all other dates will be extended accordingly.

    This is the first extension of time requested by Defendant in the above-captioned matter. Defendant requests this extension because the attorney underwent a medical procedure last week and requires time to recuperate. This request is made in good faith with no intention to unduly delay the

proceedings. Counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion, on March 5, 2019. It is therefore respectfully requested that Defendant be granted a thirty (30) day extension of time to respond to Plaintiff's motion, up to and including April 8, 2019.

Respectfully submitted,

Dated: March 5, 2019

By: */s/ Cyrus Safa* *
CYRUS SAFA
Law Offices of Lawrence D. Rohlfing
Attorney for Plaintiff
(*by email authorization on 3/5/19)

Dated: March 5, 2019

NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada

By: */s/ Gina Tomaselli*
GINA TOMASELLI
Special Assistant United States Attorney

Attorneys for Defendant

IT IS SO ORDERED

_____
THE HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

DATE: 3-18-2019

IT IS HEREBY CERTIFIED THAT:

I, Gina Tomaselli, certify that the following individual(s) were served with a copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME** on the date and via the method of service identified below:

**CM/ECF:**

Cyrus Safa
Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Email: cyrus.safa@rohlfinglaw.com

Gerald Welt
Gerald M. Welt, Chtd.
732 S. Sixth Street, Ste. 200-D
Las Vegas, NV 89101
Email: gmwesq@weltlaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 5, 2019      By: */s/ Gina Tomaselli*
                          GINA TOMASELLI
                          Special Assistant United States Attorney

                          Attorneys for Defendant

Stip. & Prop. Order for Ext.; 18-1968